IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 14-00166-26-CR-W-GAF |
| | ) |
| IVAN ORION RUEDA-SIMENTAL, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On February 5, 2016, defendant entered a plea of guilty pursuant to Fed.R.Crim.P. 11(c)(1)(B) to Count One of the Information filed on February 5, 2016, before Chief United States Magistrate Judge Sarah W. Hays. On February 9, 2016, Judge Hays issued her Report and Recommendation (Doc. 426).

Upon careful and independent review, this Court finds that defendant's plea was knowledgeable and voluntary and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense. Accordingly, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of Chief United States Magistrate Judge Sarah W. Hays.

Accordingly, it is hereby ORDERED that defendant's plea of guilty is accepted and defendant is adjudged guilty. The defendant's sentencing hearing will be scheduled and the parties notified of the date and time of sentencing.

SO ORDERED.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: February 29, 2016